IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ULLICO CASUALTY COMPANY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-624-ML |
| | § | |
| STRONG STRUCTURAL STEEL, LTD., | § | |
| BRADEN & TREYTON MANAGEMENT, L.L.C., | § | |
| LAMAR STRONG, and NICOLE STRONG. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

Plaintiff Ullico Casualty Company and Defendants Strong Structural Steel, Ltd., Braden & Treyton Management, L.L.C., Lamar Strong and Nicole have tentatively reached a settlement in this matter. Accordingly, Plaintiff's Motion for Partial Summary Judgment is rendered moot.

Respectfully submitted,

**WEINSTEIN RADCLIFF PIPKIN LLP**

*/s/ Robert K. Radcliff*
Robert K. Radcliff
Texas Bar No. 24011170
6688 North Central Expressway, Suite 675
Dallas, Texas 75206
Telephone: (214) 865-6130
Facsimile: (214) 865-6140
Email: rradcliff@weinrad.com

ATTORNEY FOR PLAINTIFF ULLICO
CASUALTY COMPANY