IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ULLICO CASUALTY COMPANY, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| STRONG STRUCTURAL STEEL, LTD., | § | A-14-CV-624-ML |
| BRADEN & TREYTON MANAGEMENT | § | |
| L.L.C., LAMAR STRONG and NICOLE. | § | |
| STRONG, | § | |
| Defendants. | | |

**FINAL JUDGMENT**

The Magistrate Court issues Final Judgment pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 58. The parties consented to this Court's jurisdiction, and the case was assigned to this Court's docket for all purposes on April 6, 2015 [Dkt. #17]. On December 4, 2015, the parties filed an Agreed Motion for Judgment Against Defendants, having reached an agreement in the above-referenced cause [Dkt. #37]. Having granted the Agreed Motion, the Court enters the following Final Judgment.

**IT IS HEREBY ORDERED** that Final Judgment be entered against Defendants, pursuant to the following agreed upon terms:

1. Actual damages: $110,000.00;
2. Post-judgment interest at the rate of five percent (5%) per annum from this date until the Judgment is fully paid; and
3. Costs of Court.

**IT IS HEREBY ORDERED** that all claims and causes of action brought by all parties in this action are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on December 7, 2015.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE